UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
                                 :    22cv5987(DLC); 23cv1607(DLC);
In re: Daily Harvest, Inc.       :    23cv1617(DLC); 23cv1620(DLC);
Products Liability Litigation    :    23cv1627(DLC); 23cv1633(DLC);
                                 :    23cv1640(DLC); 23cv1643(DLC);
-------------------------------- X    23cv1648(DLC); 23cv1649(DLC);
                                      23cv1651(DLC); 23cv1653(DLC);
                                      23cv1658(DLC); 23cv1659(DLC);
                                      23cv1660(DLC); 23cv1662(DLC);
                                      23cv1663(DLC); 23cv1664(DLC);
                                      23cv1666(DLC); 23cv1668(DLC);
                                      23cv1672(DLC); 23cv1673(DLC);
                                      23cv1681(DLC); 23cv1683(DLC);
                                      23cv1686(DLC); 23cv1688(DLC);
                                      23cv1692(DLC); 23cv1694(DLC);
                                      23cv1703(DLC); 23cv1705(DLC);
                                      23cv1709(DLC); 23cv1712(DLC);
                                      23cv1713(DLC); 23cv1718(DLC);
                                      23cv1721(DLC); 23cv1725(DLC);
                                      23cv1727(DLC); 23cv1732(DLC);
                                      23cv1734(DLC); 23cv1736(DLC);
                                      23cv1737(DLC); 23cv1740(DLC);
                                      23cv1741(DLC); 23cv1742(DLC);
                                      23cv1743(DLC); 23cv1744(DLC);
                                      23cv1745(DLC); 23cv1748(DLC);
                                      23cv1750(DLC); 23cv2038(DLC);
                                       23cv2466(DLC); 23cv2607(DLC)

                                              ORDER

DENISE COTE, District Judge:

    In a letter of April 11, the parties jointly requested an

extension of the deadline to answer in several newly filed cases

in this litigation.  It is hereby

    ORDERED that the request for an extension of time for

defendants Daily Harvest, Inc., Second Bite Foods, Inc., and

Smirk's Ltd. to file answers to the complaints in the below

cases is granted.  The defendants' answers to the complaints in
the following cases shall be due June 5, 2023:

- Burkatsky v. Daily Harvest, Inc., et al., 23cv1607;

- Jannerone v. Daily Harvest, Inc., et al., 23cv1617;

- Kroon v. Daily Harvest, Inc., et al., 23cv1620;

- Lindgren v. Daily Harvest, Inc., et al., 23cv1627;

- Livsey v. Daily Harvest, Inc., et al., 23cv1633;

- Long v. Daily Harvest, Inc., et al., 23cv1640;

- MacPhee v. Daily Harvest, Inc., et al., 23cv1643;

- Morris-Metzger v. Daily Harvest, Inc., et al., 23cv1648;

- Selby v. Daily Harvest, Inc., et al., 23cv1649;

- Slaughter v. Daily Harvest, Inc., et al., 23cv1651;

- Strafaci v. Daily Harvest, Inc., et al., 23cv1653;

- Lopez v. Daily Harvest, Inc., et al., 23cv1658;

- Merrill v. Daily Harvest, Inc., et al., 23cv1659;

- Niculescu v. Daily Harvest, Inc., et al., 23cv1660;

- Noel v. Daily Harvest, Inc., et al., 23cv1662;

- Ocasio v. Daily Harvest, Inc., et al., 23cv1663;

- Proulx v. Daily Harvest, Inc., et al., 23cv1664;

- Rubinowitz v. Daily Harvest, Inc., et al., 23cv1666;

- Sansweet v. Daily Harvest, Inc., et al., 23cv1668;

- Sela v. Daily Harvest, Inc., et al., 23cv1672;

- Vitali v. Daily Harvest, Inc., et al., 23cv1673;

- Espinal v. Daily Harvest, Inc., et al., 23cv1681;

- Eviston v. Daily Harvest, Inc., et al., 23cv1683;

- Capretta v. Daily Harvest, Inc., et al., 23cv1686;

- Porzel v. Daily Harvest, Inc., et al., 23cv1688;

- Tipton v. Daily Harvest, Inc., et al., 23cv1692;

- Hines v. Daily Harvest, Inc., et al., 23cv1694;

- Butalid v. Daily Harvest, Inc., et al., 23cv1703;

- Churchill v. Daily Harvest, Inc., et al., 23cv1705;

- Cornutt v. Daily Harvest, Inc., et al., 23cv1709;

- Dean v. Daily Harvest, Inc., et al., 23cv1712;

- Deeke v. Daily Harvest, Inc., et al., 23cv1713;

- Downing v. Daily Harvest, Inc., et al., 23cv1718;

- Effner v. Daily Harvest, Inc., et al., 23cv1721;

- Ertel v. Daily Harvest, Inc., et al., 23cv1725;

- Fischer v. Daily Harvest, Inc., et al., 23cv1727;

- Fitzgerald v. Daily Harvest, Inc., et al., 23cv1732;

- Goldbach v. Daily Harvest, Inc., et al., 23cv1734;

- Kerr v. Daily Harvest, Inc., et al., 23cv1736;

- Justice v. Daily Harvest, Inc., et al., 23cv1737;

3

- <u>Hobbie v. Daily Harvest, Inc., et al.</u>, 23cv1740;

- <u>Lynch v. Daily Harvest, Inc., et al.</u>, 23cv1741;

- <u>Mercado v. Daily Harvest, Inc., et al.</u>, 23cv1742;

- <u>Puissegur v. Daily Harvest, Inc., et al.</u>, 23cv1743;

- <u>Kraynick v. Daily Harvest, Inc., et al.</u>, 23cv1744;

- <u>Mount v. Daily Harvest, Inc., et al.</u>, 23cv1745;

- <u>Doran v. Daily Harvest, Inc., et al.</u>, 23cv1748;

- <u>Ion v. Daily Harvest, Inc., et al.</u>, 23cv1750;

- <u>Greene v. Daily Harvest, Inc., et al.</u>, 23cv2038;

- <u>Street v. Daily Harvest, Inc., et al.</u>, 23cv2466;

- <u>Thomas v. Daily Harvest, Inc., et al.</u>, 23cv2607.


Dated:     New York, New York
           April 11, 2023

                            _____
                                    DENISE COTE
                            United States District Judge