UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Daily Harvest, Inc.<br>Products Liability Litigation | 22-cv-5987(DLC); 23-cv-1607(DLC);<br>23-cv-1617(DLC); 23-cv-1620(DLC);<br>23-cv-1627(DLC); 23-cv-1633(DLC);<br>23-cv-1640(DLC); 23-cv-1643(DLC);<br>23-cv-1648(DLC); 23-cv-1649(DLC);<br>23-cv-1651(DLC); 23-cv-1653(DLC);<br>23-cv-1658(DLC); 23-cv-1659(DLC);<br>23-cv-1660(DLC); 23-cv-1662(DLC);<br>23-cv-1663(DLC); 23-cv-1664(DLC);<br>23-cv-1666(DLC); 23-cv-1668(DLC);<br>23-cv-1672(DLC); 23-cv-1673(DLC);<br>23-cv-1681(DLC); 23-cv-1683(DLC);<br>23-cv-1686(DLC); 23-cv-1688(DLC);<br>23-cv-1692(DLC); 23-cv-1694(DLC);<br>23-cv-1703(DLC); 23-cv-1705(DLC);<br>23-cv-1709(DLC); 23-cv-1712(DLC);<br>23-cv-1713(DLC); 23-cv-1718(DLC);<br>23-cv-1721(DLC); 23-cv-1725(DLC);<br>23-cv-1727(DLC); 23-cv-1732(DLC);<br>23-cv-1734(DLC); 23-cv-1736(DLC);<br>23-cv-1737(DLC); 23-cv-1740(DLC);<br>23-cv-1741(DLC); 23-cv-1742(DLC);<br>23-cv-1743(DLC); 23-cv-1744(DLC);<br>23-cv-1745(DLC); 23-cv-1748(DLC);<br>23-cv-1750(DLC); 23-cv-2038(DLC) |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Defendants Daily Harvest, Inc., Second Bite Foods, Inc., d/b/a Stone Gate Foods, Smirk's Ltd. and Molinos Asociados SAC, and by and through their undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, any and all claims, crossclaims, counterclaims and third-party claims by and between them are dismissed with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses and attorneys' fees.

FAEGRE DRINKER BIDDLE & REATH LLP
90 S. Seventh Street, Suite 2200
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Attorneys for Defendant
DAILY HARVEST, INC.

HAWORTH BARBER & GERSTMAN, LLC
505 Main Street, Suite 212
Hackensack, New Jersey 07601
Telephone: (201) 831-1400
Facsimile:  (201) 831-1401
Attorneys for Defendant
SMIRK'S LTD.

By: /s/ Alyssa L. Rebensdorf
    Alyssa L. Rebensdorf

Dated: February 13, 2026

By: /s/ Jennifer Bruder
    Jennifer Bruder

Dated: February 13, 2026

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
1010 Washington Blvd
Stamford, CT 06901
Telephone: (203) 338-2381
Attorneys for Defendant
SECOND BITE FOODS d/b/a STONE GATE FOODS

BOND SCHOENECK & KING, PLLC
600 Third Avenue, 22nd Fl
New York, NY 10016-1915
Telephone: (914) 306-7870
Attorneys for Defendant
MOLINOS ASOCIADOS SAC

By: /s/ Bryan Vannini
    Bryan Vannini

Dated: February 13, 2026

By: /s/ Michael P. Collins
    Michael P. Collins

Dated: February 13, 2026

So ordered.

*[signature]*
2/13/26